Wendy A. WHITE, Respondent,

v.

Richard D. WHITE, Appellant.

No. WD 74455.

Missouri Court of Appeals,
Western District.

Dec. 18, 2012.

Michelle E. Jakobe, Lee's Summit, MO, for respondent.

Jeremiah Kidwell, Kansas City, MO, for appellant.

Before Division One: THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Appellant Richard D. White ("Husband") appeals from the trial court's judgment of dissolution of marriage. We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.

■

In the Interest of X.L.M., Appellant,

v.

JUVENILE OFFICER, Respondent.

No. WD 74528.

Missouri Court of Appeals,
Western District.

Dec. 18, 2012.

Patricia Ann Harrison, St. Louis, MO, for appellant.

Sophia Washington and William R. Jackson, III, Kansas City, MO, for respondent.

Division One: JAMES M. SMART, JR., P.J., LISA WHITE HARDWICK and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Juvenile X.L.M. appeals the decision of the Jackson County Family Court adjudicating him of the delinquent offense of Sexual Misconduct in the First Degree. X.L.M. claims the court erred in failing to order a mental evaluation, and further claims there was not sufficient evidence of his intent. The judgment is affirmed. Rule 84.16(b).